IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MISSISSIPPI FARM BUREAU INSURANCE
COMPANY AND DAVID AND SHARON
MENSI                                                                                            PLAINTIFFS

V.                                                                       CIVIL ACTION NO. 3:05CV69-B-A

TPI CORPORATION                                                                          DEFENDANT

## ORDER ADOPTING REPORT AND RECOMMENDATION

On consideration of the file and records in this action, the court finds that the report and recommendation of the United States Magistrate Judge dated May 30, 2006, was on that date served by first class mail upon counsel of record; and counsel of record has informed the court that his client has no objection to the report and recommendation. The court is of the opinion that the report and recommendation should be approved and adopted as the opinion of the court.

It is, therefore,

**ORDERED:**

1. That the report and recommendation of the United States Magistrate Judge dated May 30, 2006, is approved and adopted, and the proposed findings of fact and conclusions of law therein set out are adopted as the findings of fact and conclusions of law of the court.

SO ORDERED, this the 13th day of June, 2006.

/s/ Neal Biggers
_____
**NEAL B. BIGGERS, JR.
SENIOR U.S. DISTRICT JUDGE**